UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 JUN 10 AM 8:37

Mary Richardson
4757 Chuck Ave
Memphis, Tenn 38118
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

The Village at Germantown
7820 Walking Horse Circle
Germantown, Tenn 38138
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Mary Richardson
(name of plaintiff)

is a citizen of the United States and resides at 4757 Chuck Ave
(street address)

Memphis,          Shelby            Tenn
(city)            (country)         (state)

38118                               901-562-5921
(zip code)                          (telephone number)

Revised 4-18-08

3. Defendant _The Village at Germantown_
(defendant's name)
lives at, or its business is located at _7820 Walking horse Circle,_
(street address)
_Germantown, Tenn, 38138_

4. Plaintiff sought employment from the defendant or was employed by the defendant at
_7820 Walking horse Circle_
(street address)
_Germantown_  _Shelby_   _Tenn_   _38138_
(city)         (country)     (state)      (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _15_  _September_  _2011._
(day)        (month)        (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _12_  _April_   _2012_.
(day)       (month)      (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _12_  _April_  _2012_.
(day)       (month)      (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _29  April 2013_. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) _X_ race, (2) ___ color, (3) ___ sex, (4) ___ religion,

(5)___ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) _X_ failed to promote plaintiff.

    (d) ____ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I am an (African American) female and I was hired on or around April 12, 2010 in the position of Dietary Server. I file a charge of discrimination on April 12, 2012. EEOC #490-2012-01402 based upon my belief that I was discriminated against based upon my age and race, in connection with a promotional position for an open Server. I applied but was denied selection. I was terminated on Feb 10, 2013 after I filed a prior charge of discrimination. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as Amend.

11. The acts set forth in paragraph 9 of this complaint

    (a) __X__ are still being committed by defendant.

    (b)_____ are no longer being committed by defendant.

    (c)_____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, or

    (b) __X__ Defendant be directed to re-employ plaintiff, or

    (c) __X__ Defendant be directed to promote plaintiff, or;

    (d) _____ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.    I would like to have my case tried by a jury. Yes (X) No ( )

*Mary Richardson*
SIGNATURE OF PLAINTIFF

Revised 4-18-08