# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MARY RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 13-2401 STA |
| | ) | |
| | ) | |
| THE VILLAGE OF GERMANTOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this lawsuit hereby stipulate that Plaintiff Mary Richardson's claims in this lawsuit against Defendant, The Village at Germantown (incorrectly named in this lawsuit as The Village of Germantown), are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

/s/ Jonathan C. Hancock
Jonathan C. Hancock (#18018)
Joann Coston-Holloway (#27165)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 577.2230
jhancock@bakerdonelson.com
jholloway@bakerdonelson.com

*Attorneys for Defendant*
*The Village at Germantown*

/s/ Michael D. Tauer
Saul C. Belz (#025092)
Michael D. Tauer (#025092)
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 600
Memphis, Tennessee 38119
sbelz@glankler.com
mtauer@glankler.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **6th** day of June, 2014, a copy of the foregoing document was electronically filed and served on the party listed below via the Court's electronic filing system:

Saul C. Belz (#025092)
Michael D. Tauer (#025092)
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 600
Memphis, Tennessee 38119
sbelz@glankler.com
mtauer@glankler.com

/s/ Jonathan C. Hancock