IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| MARY RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 13-2401 STA |
| | ) | |
| | ) | |
| THE VILLAGE OF GERMANTOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter is before the Court pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice. All parties have agreed to and announced to the Court a settlement of this case. The Court has also reviewed and accepted the Parties' Stipulation of Dismissal with Prejudice.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 6th day of June, 2014.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE